Prob 12B

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

## PETITION TO MODIFY THE CONDITIONS OR TERM OF SUPERVISION WITH CONSENT OF THE OFFENDER

*(Probation Form 49, Waiver of Hearing, is on file)*

| | |
|---|---|
| **Offender Name:** | TYLEE DARLENE WARFIELD |
| **Docket Number:** | 1:07CR00124-01 OWW |
| **Offender Address:** | Fresno, California |
| **Judicial Officer:** | Honorable Oliver W. Wanger<br>Senior United States District Judge<br>Fresno, California |
| **Original Sentence Date:** | 09/17/2007 |
| **Original Offense:** | 18 USC 287 and 2, False Claims and Aiding and Abetting<br>(CLASS D FELONY) |
| **Original Sentence:** | 36 months probation; $100 SA |
| **Special Conditions:** | 1) Submit to search; 2) Provide requested financial information; 3) Participate in a program of mental health treatment; 4) Complete 100 hours community service; and 5) Participate in a co-payment plan. |
| **Type of Supervision:** | Probation |
| **Supervision Commenced:** | 09/17/2007 |
| **Assistant U.S. Attorney:** | Stanley A. Boone    **Telephone:** (559) 497-4000 |
| **Defense Attorney:** | Carolyn D. Phillips    **Telephone:** (559) 248-9833 |
| **Other Court Action:** | None |

**RE:     TYLEE DARLENE WARFIELD**
**Docket Number:  1:07CR00124-01 OWW**
**PETITION TO MODIFY THE CONDITIONS OR TERM**
**OF SUPERVISION WITH CONSENT OF THE OFFENDER**

---

## PETITIONING THE COURT

**To modify the conditions of supervision as follows:**

1) As directed by the probation officer, the defendant shall participate in a correctional treatment program (inpatient or outpatient) to obtain assistance for drug or alcohol abuse.

2) As directed by the probation officer, the defendant shall participate in a program of testing (i.e. breath, urine, sweat patch, etc.) to determine if she has reverted to the use of drugs or alcohol.

**Justification:**   On September 17, 2007, the defendant submitted a urine sample which tested positive for THC (marijuana). She admitted to smoking marijuana on one occasion prior to being sentenced in this case. The defendant advised that she was very "stressed" over her living situation and decided to smoke marijuana. She denied any additional drug use and claims she will not use drugs in the future.

Currently the defendant has a mandatory drug testing condition. However, in light of her admitted drug use, it is believed participation in a correction treatment and testing program is necessary. The defendant agrees with the requested modification and has signed the attached Form 49, Waiver of Hearing document.

RE:     **TYLEE DARLENE WARFIELD**
       **Docket Number:  1:07CR00124-01 OWW**
       **PETITION TO MODIFY THE CONDITIONS OR TERM**
       **OF SUPERVISION WITH CONSENT OF THE OFFENDER**


Respectfully submitted,


**MICHAEL W. ARMISTEAD**
**Senior United States Probation Officer**
Telephone:  (559) 499-5700

**DATED:**     October 18, 2007
              Fresno, California
              MWA


**REVIEWED BY:**
              **BRUCE A. VASQUEZ**
              **Supervising United States Probation Officer**

---

**THE COURT ORDERS:**

( X )   Modification approved as recommended.

(   )   Modification not approved at this time.  Probation Officer to contact Court.

(   )   Other:
IT IS SO ORDERED.

**Dated:**   **October 18, 2007**                    /s/ Oliver W. Wanger
                                         UNITED STATES DISTRICT JUDGE